United States District Court
Northern District of New York

| | | |
|---|---|---|
| EDWARD COONS, | ) | 1:24-cv-01587-DNH-PJE |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Stipulation – Document Filed Electronically |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant*. | ) | |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Frank Bisignano, | Edward Coons, |
| Commissioner of Social Security, | |
| | |
| By His Attorneys, | By His Attorney, |
| | |
| John A. Sarcone, III, | |
| United States Attorney | |
| | |
| */s/ Candace Brown Casey* | */s/ Hannalore B. Merritt* |
| Special Assistant United States Attorney | Hannalore B. Merritt |
| Office of Program Litigation, Office 2 | Osterhout Berger Disability Law, LLC |
| Office of the General Counsel | 521 Cedar Way |
| Social Security Administration | Suite 200 |
| 6401 Security Boulevard | Oakmont, PA 15139 |
| Baltimore, MD 21235 | (412) 794-8003 |
| (212) 264-2438 | hmerritt@obl.law |
| candace.m.brown.casey@ssa.gov | |

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: __July 15, 2025__